461 A.2d 885

Commonwealth v. Forcillo, Appellant.

Submitted April 27, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

634

Before ROWLEY, WIEAND and POPOVICH, JJ.
Judgment of sentence affirmed.